UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIAS RODRIGUEZ, ALSO KNOWN AS
ENKI RODRIGUEZ,

                    Plaintiff,

            -against-

DORIS MORALES,

                 Defendant.

25-cv-1968 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the June 10, 2026, order, the Court dismisses, for lack of subject matter jurisdiction, any claims in which Plaintiff seeks the federal criminal prosecution of Morales. See Fed. R. Civ. P. 12(h)(3). The Court also dismisses Plaintiff's claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). To the extent that Plaintiff asserts claims under state law under the court's diversity jurisdiction, the Court dismisses those claims for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3). The Court additionally declines to exercise its supplemental jurisdiction over any claims under state law that Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3).

SO ORDERED.

Dated:   June 12, 2026
          New York, New York

                                     /s/ Louis L. Stanton
                                       LOUIS L. STANTON
                               United States District Judge